1  rosemenoinfo2
2  LEONARDO M. RAPADAS
   United States Attorney
3  STEVE CHIAPPETTA
   Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   PHONE: 472-7332
6  FAX: 472-7334

7  Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
NOV -1 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00079 |
| Plaintiff, | **INFORMATION** |
| vs. | **DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)** (Count 1) [16 GCA § 180102(b) and 18 USC §§ 7(3)] **UNLAWFUL POSSESSION OF MILITARY ID** [18 USC § 701] (Count 2) **FALSE STATEMENT** [18 USC 1001] (Count 3) |
| ROSARIO RAMONA PANGELINAN MENO, aka ROSE MARIE MENO, aka ROSE FEGURGUR, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1 - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)
(Misdemeanor)

On or about 7 June 2005, in the District of Guam, the defendant, ROSARIO RAMONA PANGELINAN MENO, aka ROSE MARIE MENO, aka ROSE FEGURGUR, at Naval Base Guam Old Apra Heights Housing, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while

1

he had .08% or more, by weight, of alcohol in his blood, in violation of 16 Guam Code Annotated, Section 18102(b) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, .

### COUNT 2- UNLAWFUL POSSESSION OF MILITARY ID (Misdemeanor)

On or about 7 June 2005, in the District of Guam, the defendant, ROSARIO RAMONA PANGELINAN MENO, aka ROSE MARIE MENO aka ROSE FEGURGUR, at Naval Base Guam Old Apra Heights Housing, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did knowingly and unlawfully, without authorization, possess a Department of Defense identification card that was not issued to her, in violation of 18 United States Code, Section 701.

### COUNT 3- FALSE STATEMENT (Felony)

On or about 16 August 2005, in the District of Guam, the defendant, ROSARIO RAMONA PANGELINAN MENO, aka ROSE MARIE MENO aka ROSE FEGURGUR, in a matter within the jurisdiction of the United States Department of Probation, did knowingly and willfully falsify and conceal a material fact, to wit: her true identity, to Robert Carreon, who was known by the defendant to be an agent with the United States Department of Probation, by providing a false name and social security number in order to avoid revealing her past criminal history, such information known to the defendant to be materially false, all in violation of 18 United States Code, section 1001.

DATED this 31 day of October, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
STEVE CHIAPPETTA
Special Assistant U.S. Attorney

2

| | | | |
|---|---|---|---|
| **Criminal Case Cover Sheet** | | | **U.S. District Court** |

**Place of Offense:**

City _____Hagåtña_____  Related Case Information:  **05-00079**

Country/Parish __N/A__  Superseding Indictment _____ Docket Number _____
Same Defendant __X__   New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__   Matter to be sealed: ___ Yes __X__ No

Defendant Name   __Rosario Ramona Pangelinan Meno__

Allisas Name   Rose Marie Meno,
__Rose Fegurgur__

Address   _____

Birthdate __XX/XX/1952__ SS# __XXX-XX-1620__ Sex __F__ Race __PI__ Nationality __U.S.__

**U.S. Attorney Information:**

AUSA __Steve Chiappetta__

Interpreter: __X__ No ___ Yes   List language and/or dialect: __N/A__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED**
**NOV - 3 2005**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: ___3___    ___ Petty __X__ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 16 GCA § 180102(b) and 18 U.S.C. § 7(3) | DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC) (Misdemeanor) | 1 |
| Set 2 | 18 U.S.C. § 701 | UNLAWFUL POSSESSION OF MILITARY ID (Misdemeanor) | 2 |
| Set 3 | 18 U.S.C. § 1001 | FALSE STATEMENT (Felony) | 3 |
| Set 4 | | | |

(Continued on reverse)

Date: __3 Nov 05__   Signature of AUSA: _____