FILED

DISTRICT COURT OF GUAM

NOV - 4 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **05-00079** |
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **ROSARIO RAMONA PANGELINAN MENO,** **aka ROSE MARIE MENO,** **aka ROSE FEGURGUR,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to November 1, 2005.

Dated this 3rd day of November, 2005.

**JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE**
**DISTRICT COURT OF GUAM**