# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

                    Plaintiff,                          Case No. 1:05-cr-00079

          vs.

Rosario Ramona Pangelinan Meno aka
Rose Marie Meno, aka Rose Fegurgur,          **CERTIFICATE OF SERVICE**


                    Defendant.


The following office(s)/individual(s) acknowledged receipt of the ***Appointment Order filed November 4, 2005,*** on the dates indicated below:


| | | |
|---|---|---|
| *U.S. Attorney's Office* | *Joaquin C. Arriola, Jr.* | *U.S. Probation Office* |
| *November 7, 2005* | *November 7, 2005* | *November 4, 2005* |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

***Appointment Order filed November 4, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 7, 2005                          /s/ Virginia T. Kilgore
                                                          Deputy Clerk