rosemenostp2

LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
NOV -8 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR 05-00079 |
| Plaintiff, ) | |
| vs. ) | STIPULATED MOTION TO |
| ROSARIO RAMONA ) | CONTINUE PLEA HEARING |
| PANGELINAN MENO, ) | |
| aka ROSE MARIE MENO, ) | |
| aka ROSE FEGURGUR, ) | |
| Defendant. ) | |

The parties in the above entitled matter, the United States of America, and the defendant through her counsel, Joaquin Arriola, Jr., hereby motion this Court that the Plea Hearing currently scheduled for Tuesday, November 8, 2005 at 10:00 a.m. be continued until Wednesday, November 9, 2005 at 2:00 p.m.

//
//
//
//

This continuance is requested as the parties need time to finalize the plea agreement and give this Court time to review its contents.

Respectfully submitted.

11/8/05
DATE

*[signature]* Anita P. Arriola for
JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

11-8-05
DATE

By: *[signature]* Frederick A. Black for SC
STEVE CHIAPPETTA
Special Assistant U.S. Attorney