1  rosemenostp2

2  LEONARDO M. RAPADAS
   United States Attorney
3  STEVE CHIAPPETTA
   Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   PHONE: 472-7332
6  FAX: 472-7334

7  Attorneys for the United States of America

8

**FILED**

DISTRICT COURT OF GUAM

NOV - 8 2005

MARY L.M. MORAN
CLERK OF COURT

9          IN THE UNITED STATES DISTRICT COURT

10              FOR THE TERRITORY OF GUAM

11

12

13  UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO. 05-00079
                                     )
14                     Plaintiff,    )
                                     )
15              vs.                  )     ORDER TO CONTINUE
                                     )     PLEA HEARING
16  ROSARIO RAMONA                   )
    PANGELINAN MENO,                 )
17  aka ROSE MARIE MENO,             )
    aka ROSE FEGURGUR,               )
                                     )
18                     Defendant.    )
                                     )
19  ─────────────────────────────────

20      Through a stipulated motion to continue plea hearing having come before this Honorable

21  Court and the Court finding good cause for the issuance of the order;

22      IT IS SO ORDERED that the plea hearing currently scheduled for November 8, 2005 is

23  hereby rescheduled to November 9, 2005 at 2:00 p.m.

24

25  DATE: November 8, 2005

26                              JOAQUIN V.E. MANIBUSAN, JR.
                                U.S. Magistrate Judge

27

28

ORIGINAL