1 | rosemenoinfo

2 | LEONARDO M. RAPADAS
United States Attorney
3 | STEVE CHIAPPETTA
Special Assistant U.S. Attorney
4 | Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
5 | Hagåtña, Guam 96910
PHONE: 472-7332
6 | FAX: 472-7334

7 | Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV - 8 2005 *qp*

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR 05-00079 |
| ) | |
| Plaintiff, ) | **AMENDED INFORMATION** |
| ) | |
| vs. ) | |
| ) | **DRIVING UNDER THE INFLUENCE OF** |
| ROSARIO RAMONA ) | **ALCOHOL (BAC)** |
| PANGELINAN MENO, aka ) | [16 GCA § 180102(b) and 18 U.S.C. § 7(3)] |
| ROSE MARIE MENO, aka ) | |
| ROSE FEGURGUR, ) | **UNLAWFUL POSSESSION OF MILITARY ID** |
| ) | [18 USC § 701] |
| ) | |
| ) | **FALSE STATEMENT** (Felony) |
| Defendant. ) | [18 U.S.C. § 1001] |
| _____) | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)**

On or about 7 June 2005, in the District of Guam, the defendant, ROSARIO RAMONA PANGELINAN MENO, aka ROSE MARIE MENO, aka ROSE FEGURGUR, at Naval Base Guam Old Apra Heights Housing, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while he had .08% or more, by weight, of alcohol in his blood, in violation of 16 Guam Code

Annotated, Section 18102(b) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

## COUNT II- UNLAWFUL POSSESSION OF MILITARY ID

On or about 7 June 2005, in the District of Guam, the defendant, ROSARIO RAMONA PANGELINAN MENO, aka ROSE MARIE MENO, aka ROSE FEGURGUR, at Naval Base Guam Old Apra Heights Housing, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did knowingly and unlawfully, without authorization, possess a Department of Defense identification card that was not issued to her, in violation of 18 United States Code, Section 701.

## COUNT III- FALSE STATEMENT (Felony)

On or about 7 June 2005, in the District of Guam, the defendant, ROSARIO RAMONA PANGELINAN MENO, aka ROSE MARIE MENO , aka ROSE FEGURGUR, in a matter within the jurisdiction of the United States Navy, did knowingly and willfully falsify and conceal a material fact, to wit: her true identity, from agents with the United States Naval Security Forces Detachment, Guam, by providing a false name and social security number in order to avoid revealing her past criminal history, such information being materially false, all in violation of 18 United States Code, section 1001.

DATED this ___ day of November, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
STEVE CHIAPPETTA
Special Assistant U.S. Attorney