# United States District Court

FOR THE      **DISTRICT OF** _____ GUAM

**UNITED STATES OF AMERICA**

**v.**

**WAIVER OF INDICTMENT**

ROSARIO RAMONA PANGELINAN
MENO, aka ROSE MARIE MENO,
aka ROSE FEGURGUR

**Case Number:** 05-00079

Defendant(s).

I, _____ROSARIO RAMONA PANGEINAN MENO_____ the above-named defendant, who is accused of

False Statement, in violation of Title 18, United States Code, Section
1001.

**FILED**
DISTRICT COURT OF GUAM
NOV 10 2005

MARY L.M. MORAN
CLERK OF COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waived in open court on _Nov. 9th 2025_ prosecution by indictment and consenting

that the proceeding may be by information rather than by indictment.

_Rosario Ramona Pangelinan Meno_
ROSARIO RAMONA PANGELINAN MENO
*Defendant*

_____
JOAQUIN ARRIOLA, JR.
*Counsel for Defendant*

Before: _____
~~Judicial Officer~~
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

**ORIGINAL**

Electronically produced by Glenda Abelman, USAO, EDNY