# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Rosario Ramona Pangelinan Meno, etc. <br><br> Defendant. | Case No. 1:05-cr-00079 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge, and Report and Recommendation Concerning Pleas of Guilty in a Felony Case filed 11/9/05; and Order Setting Conditions of Release filed 11/10/05* on the dates indicated below:

| *U.S. Attorney's Office* | *Joaquin C. Arriola Jr.* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *November 14, 2005* | *November 14, 2005* | *November 14, 2005* <br> *(Order Setting Conditions of Release Only)* | *November 14, 2005* <br> *(Order Setting Conditions of Release Only)* |

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

*Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge, and Report and Recommendation Concerning Pleas of Guilty in a Felony Case filed 11/9/05; and Order Setting Conditions of Release filed 11/10/05*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 14, 2005                    /s/ Rosita P. San Nicolas
                                            Chief Deputy Clerk