FILED
DISTRICT COURT OF GUAM
DEC - 6 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>ROSARIO RAMONA PANGELINAN MENO a.k.a. ROSE MARIE MENO a.k.a. ROSE FEGURGUR<br><br>    Defendant. | CRIMINAL CASE NO. 05-00079<br><br>**ORDER ACCEPTING PLEAS OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to a three-count Information charging her with Driving Under the Influence of Alcohol (B.A.C.), in violation of 18 U.S.C. § 13 and 16 Guam Code Ann. § 18102(b), Unlawful Possession of Military Identification Card, in violation of 18 U.S.C. § 701, and False Statement, in violation of 18 U.S.C. § 1001, are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing on February 17, 2006 at 10:00 a.m..

IT IS SO ORDERED.

DATED this 6th day of December 2005.

D. LOWELL JENSEN*
Senior District Judge

---

* The Honorable D. Lowell Jensen, United States District Judge for the Northern District of California, sitting by designation.