# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>                 Plaintiff,<br><br>        vs.<br><br>Rosario Ramona Pangelinan Meno,<br> aka Rose Marie Meno, aka Rose Fegurgur,<br><br>                 Defendant. | Case No. 1:05-cr-00079<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Accepting Plea of Guilty, and Adjudicating Guilt, and Notice of Sentencing filed December 6, 2005*, on the dates indicated below:

| | |
|---|---|
| *U.S. Attorney's Office* | *Joaquin C. Arriola, Jr.* |
| *December 7, 2005* | *December 7, 2005* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order Accepting Plea of Guilty, and Adjudicating Guilt, and Notice of Sentencing filed December 6, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 7, 2005                                     /s/ Leilani R. Toves Hernandez
                                                                                         Deputy Clerk