ORIGINAL

rosariomenopsr

LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 1 0 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00079 |
| Plaintiff, | ) | |
| vs. | ) | **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| ROSARIO RAMONA PANGELINAN MENO aka ROSE MARIE MENO aka ROSE FERGURGUR, | ) | |
| Defendant. | ) | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

The government does object to page 22, paragraph 96, which should be $250,000 fine for **felony** not misdemeanor.

Respectfully submitted this 10th day of January 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: STEVE CHIAPPETTA
Special Assistant U.S. Attorney