# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

United States of America

V.

**NOTICE**

ROSARIO RAMONA PANGELINAN,
aka ROSE FEGURGUR, aka ROSE MARIE MENO

CASE NUMBER: CR-05-00079

TYPE OF CASE:

☐ CIVIL        X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |
| TYPE OF PROCEEDING | |
| SENTENCING | |

**FILED**
DISTRICT COURT OF GUAM
JAN 2 6 2006
MARY L.M. MORAN
CLERK OF COURT

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue | Friday, February 17, 2006 at 10:00 a.m. | Tuesday, February 7, 2006 at 1:30 p.m. |

MARY L. M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**January 26, 2006**
DATE

(BY) DEPUTY CLERK

TO: U.S. Attorney's Office
Joaquin C. Arriola, Jr.
U.S. Probation Office
U.S. Marshals Service