# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Rosario Ramona Pangelinan Meno,<br>aka Rose Fegurgur, aka Rose Marie Meno,<br><br>　　　　　　Defendant. | Case No. 1:05-cr-00079<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Hearing filed January 26, 2006*, on the dates indicated below:

*U.S. Attorney's Office*　　*Joaquin C. Arriola, Jr.*　　*U.S. Probation Office*　　*U.S. Marshals Service*
*January 26, 2006*　　　　*February 2, 2006*　　　　*January 26, 2006*　　　*January 27, 2006*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Hearing filed January 26, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 2, 2006　　　　　　　　　　　　　/s/ Leilani R. Toves Hernandez
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk