DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**


DISTRICT COURT OF GUAM

FEB - 8 2006

**MARY L.M. MORAN
CLERK OF COURT**

**CASE NO. CR-05-00079**          **DATE: February 7, 2006**

***

HON. LARRY ALAN BURNS, Designated Judge          Law Clerk: None Present
Court Reporter: Wanda Miles                                        Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 1:32:59 - 1:50:46         CSO: J. McDonald / J. Lizama

* * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: Rosario Ramona Pangelinan Meno, etc.**     **ATTY: JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.          ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK on behalf of S. Chiappetta          AGENT:

U.S. PROBATION: CARMEN O'MALLAN                                                  U.S. MARSHAL: J. SALAS

***

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level: 6          Total offense level: 4          Criminal History Category: II

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Recommended a sentence of time serve and to proceed with the recommendation of the probation office.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Sentence to time served and mandate the alcohol treatment program.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Government moved to remit part of the Special Assessment Fee - Granted.

SENTENCE: CR-05-00079          DEFENDANT: ROSARIO RAMONA PANGELINAN MENO, ETC.

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF <u>37 DAYS WITH CREDIT FOR TIME SERVED</u> .

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF <u>THREE YEARS</u> .

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

2. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE.

3. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE.

4. DEFENDANT SHALL BE PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.

5. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

6. DEFENDANT SHALL REFRAIN FROM THE USE OF ANY AND ALL ALCOHOLIC BEVERAGES, AND SHALL SUBMIT TO ANY TESTING AS REQUIRED BY THE U.S. PROBATION OFFICE TO ENSURE COMPLIANCE.

7. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR TREATMENT OF ALCOHOL DEPENDENCY IF DEEMED NECESSARY.

8. DEFENDANT SHALL PARTICIPATE IN A MENTAL HEALTH TREATMENT PROGRAM APPROVED BY THE U.S. PROBATION OFFICE.

9. DEFENDANT SHALL MAINTAIN GAINFUL EMPLOYMENT.

10. DEFENDANT SHALL PERFORM 100 HOURS OF COMMUNITY SERVICE, TO BE COMPLETED IN ONE YEAR.

ALL FINES WERE WAIVED BY THE COURT. DEFENDANT WAS ORDERED TO PAY A SPECIAL ASSESSMENT FEE OF $50.00.

COURT STATED THE JUSTIFICATION OF THE SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HER APPEAL RIGHTS. DEFENDANT WAS RELEASED AS PREVIOUSLY ORDERED.

Courtroom Deputy: ___