# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Rosario Ramona Pangelinan Meno, aka Rose Fegurgur, aka Rose Marie Meno, <br><br> Defendant. | Case No. 1:05-cr-00079 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment and Notice of Entry filed February 13, 2006*, on the dates indicated below:

*U.S. Attorney's Office    Joaquin C. Arriola, Jr.    U.S. Probation Office    U.S. Marshal Service*
*February 13, 2006         February 14, 2006          February 13, 2006         February 13, 2006*
*                                                     (Judgment only)           (Judgment only)*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment and Notice of Entry filed February 13, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 14, 2006                     /s/ Virginia T. Kilgore
                                             Deputy Clerk