PROB 12A
(7/93)

# United States District Court

for

*District of Guam*

FILED
DISTRICT COURT OF GUAM
SEP 18 2006
MARY L.M. MORAN
CLERK OF COURT

## Report on Offender Under Supervision

Name of Offender: **Rosario Ramona Pangelinan Meno**      Case Number: **CR 05-00079-001**

Name of Sentencing Judicial Officer:      Larry Alan Burns, Designated Judge

Date of Original Sentence:      February 7, 2006

Original Offense: Driving Under the Influence of Alcohol (BAC) (Misdemeanor), in violation of 16 GCA §180102(b) and 18 U.S.C. §§7(3); Unlawful Possession of Military ID (Misdemeanor), in violation of 18 U.S.C. §701; and False Statement, in violation of 18 U.S.C. §1001

Original Sentence: 37 days imprisonment with credit for time served followed by three years supervised release to include: compliance with the standard conditions of supervised release; refrain from unlawful possession or use of a controlled substance; refrain from any and all use of alcoholic beverages, and submit to any testing as required by the U.S. Probation Office; participate in a program for the treatment of alcohol dependency if deemed necessary; participate in a mental health treatment program; maintain gainful employment; perform 100 hours of community service; and pay a special assessment fee of $50.

Type of Supervision: Supervised Release      Date Supervision Commenced: February 7, 2006

### NONCOMPLIANCE SUMMARY

Violation Number      Nature of Noncompliance

Consumed alcohol and had a Blood Alcohol Content of .295

ORIGINAL

## Violation of Supervised Release conditions.

On September 6, 2006, Ms. Meno submitted to a breathalyzer, which yielded a Blood Alcohol Content (BAC) of .295. She denied using any alcohol and related that she had consumed a large quantity of Formula 44 cough syrup. In a separate incident on August 19, 2006, Ms. Meno was reported to have appeared at the Marianas Psychiatric Services (MPS) with the strong smell of alcohol on her breath and appeared intoxicated. Ms. Meno denied any use of alcohol at that time. She did admit on August 26, 2006, to her therapist, to consuming a "couple of beers" at a political rally. The admission was viewed by MPS as a progressive therapeutic step towards rehabilitation. Her therapist expressed concern that Ms. Meno has relapsed, and it was agreed that her treatment sessions be increased and that she be instructed to participate in five Alcohol Anonymous meetings per week to help in her alcohol recovery.

Ms. Meno completed her 100 hours of community service and paid her special assessment fee in full. She is currently unemployed. No further action is being recommended at this time.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 9/14/06

Respectfully submitted,

by: CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Date: 9/14/06

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ No Action.

☐ Other

RECEIVED
SEP 15 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Signature of Judicial Officer
MORRISON C. ENGLAND, Designated Judge

SEP 1 8 2006

Date