# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-05-00079          DATE: February 13, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 11:25:20 - 11:30:08
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Rosario Ramona Pangelinan Meno      Attorney: Joaquin C. Arriola, Jr.
DEFENDANT NOT PRESENT      ☑ Present ☐ Retained ☐ FPD ☑ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Ryan Anderson      U.S. Agent:
U.S. Probation: Carmen O'Mallan      U.S. Marshal: D. Punzalan
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance and Order to Show Cause Why Supervised Release Conditions Should Not Be Modified**

- Court appointed Joaquin C. Arriola, Jr. to represent the defendant.
- Court orders a bench warrant be issued.

NOTES: