# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. **05-00079** |
| Plaintiff, | ) | |
| vs. | ) | |
| **ROSARIO RAMONA PANGELINAN MENO, a.k.a. ROSE MARIE MENO, a.k.a. ROSE FEGURGUR**, | ) | **APPOINTMENT ORDER** |
| Defendant. | ) | |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the Defendant in the above-entitled case *nunc pro tunc* to February 6, 2007.

Dated this 13th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**