# UNITED STATES DISTRICT COURT

District of     **GUAM**

UNITED STATES OF AMERICA

V.

**Rosario Ramona Pangelinan Meno, aka Rose Marie Meno, aka Rose Fegurgur**

**WARRANT FOR ARREST**

Case Number: CR-05-00079-001

**FILED**
**DISTRICT COURT OF GUAM**
**FEB 26 2007**
**MARY L.M. MORAN**
**CLERK OF COURT**

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **Rosario Ramon Pangelinan Meno, aka Rose Marie Meno aka Rose Fegurgur**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    **X** Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

**Failure to appear for the Initial Appearance and Order to Show Cause hearing on February 13, 2007**

in violation of Title _____ United States Code, Section(s) _____

**Leilani R. Toves Hernandez**
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

**February 15, 2007; Hagatna, Guam**
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

AGAT GUAM

| DATE RECEIVED 2/21/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/26/07 | Clark Marquez DUSM | *[signature]* Clark Marquez DUSM |

ORIGINAL

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: <u>Rosario Ramona Pangelinan Meno, aka Rose Marie Meno, aka Rose Fegurgur</u>

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____