# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: CR-05-00079        DATE: February 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 4:14:25 - 4:18:01 |
| CSO: B. Benavente | |

**APPEARANCES:**

Defendant:  Rosario Ramona Pangelinan Meno      Attorney:  Joaquin C. Arriola, Jr.

☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA

| | |
|---|---|
| U.S. Attorney: Ryan Anderson | U.S. Agent: |
| U.S. Probation: Carmen O'Mallan | U.S. Marshal: C. Marquez |
| Interpreter: | Language: |

**PROCEEDINGS: Continued Initial Appearance and Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**

- Defendant admits to the violation in the petition and agreed to the disposition recommended by the U.S. Probation Office.

NOTES: The Court released the defendant and stated that a report and recommendation will be submitted to the district judge.