
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | CRIMINAL CASE NO. 05-00079-001 |
| vs. | SUPPLEMENTAL<br>DECLARATION IN SUPPORT OF PETITION |
| MENO, Rosario Ramona Pangelinan<br>Defendant. | |

I, U.S. Probation Officer Specialist Carmen D. O'Mallan, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Rosario Ramona Pangelinan Meno, and in that capacity declare as follows:

On February 6, 2007, a Petition for Summons for Offender Under Supervision was filed with the Court after Ms. Meno failed to report to the probation officer and submit a written report within the first five days of the month; failed to participate in a program approved by the U.S. Probation Office for treatment of alcohol dependency if deemed necessary; and failed to maintain gainful employment.

On February 13, 2007, the Honorable Joaquin V. E. Manibusan, Jr., Magistrate Judge, ordered a bench warrant after the U.S. Marshal Service made three failed attempts to serve Ms. Meno with a summons to appear for an Initial Appearance and Order to Show Cause hearing on that date. On February 26, 2007, Ms. Meno made her Initial Appearance before Judge Manibusan, and admitted to all the violations alleged in the petition. The Court ordered Ms. Meno released and further ordered her to participate in the residential recovery program at the Oasis Empowerment Center. The Court stated it will recommend that Ms. Meno participate in the residential program at her Disposition Hearing.

Ms. Meno has violated an additional condition of her supervised release, which is in violation of 18 U.S.C. §3583(d).

**Special Condition:** *The defendant shall refrain from the use of any and all alcoholic beverages, and shall submit to any testing as required by the U.S. Probation Office to ensure compliance.*

SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION
Re: MENO, Rosario Ramona Pangelinan
USDC Cr. Cs. No. 05-00079-001
March 14, 2007
Page 2

On March 8, 2007 an unscheduled home visit was made to Ms. Meno's residence by this Officer and U.S. Probation Officer Judy Ocampo. While driving up to her residence,

Ms. Meno was seen sitting by her front door, which was open, and reaching for a can of beer. She then took a swallow from the can of Budweiser. Ms. Meno was questioned about consuming alcohol and admitted to the violation stating that she was drinking because she was nervous.

**Recommendation:** The Probation Officer respectfully requests that this violation be incorporated with the petition filed on February 6, 2007.

Executed this 15th day of March 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Ryan Anderson, SAUSA
Joaquin C. Arriola, Jr.
File