# United States District Court

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

**Name of Offender:** Rosario Ramona Pangelinan Meno    Case Number: CR 05-00079-001

Name of Sentencing Judicial Officer:   Honorable Larry Alan Burns, Designated Judge

Date of Original Sentence:   February 7, 2006

Original Offense: Driving Under the Influence of Alcohol (BAC) (Misdemeanor), in violation of 16 GCA §180102(b) and 18 U.S.C. §§7(3); Unlawful Possession of Military ID (Misdemeanor), in violation of 18 U.S.C. §701; and False Statement, in violation of 18 U.S.C. §1001.

Original Sentence: 37 days imprisonment with credit for time served followed by three years supervised release to include: compliance with the standard conditions of supervised release; refrain from unlawful possession or use of a controlled substance; refrain from any and all use of alcoholic beverages, and submit to any testing as required by the U.S. Probation Office; participate in a program for the treatment of alcohol dependency if deemed necessary; participate in a mental health treatment program; maintain gainful employment; perform 100 hours of community service; and pay a special assessment fee of $50. **Informational Report submitted September 18, 2006** for failure to refrain from consuming alcohol. **Modification Report submitted November 17, 2006** with recommendation to perform 24 hours community service as a sanction for a blood alcohol count of .021 was returned with no action. **Violation Report submitted February 6, 2007** for alleged violations of supervised release conditions is pending disposition hearing. **Supplemental Violation Report submitted March 15, 2007** for alleged violation of supervised release condition.

Type of Supervision:   Supervised Release      Date Supervision Commenced:   February 7, 2006

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ years, for a total term of _____ years.

[X]  To modify the conditions of supervision as follows:

1. The offender shall perform 50 hours of community service.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender      page 2

CAUSE

On August 5, 2008, an unscheduled home visit was made to Rosario Meno's residence on Mata Street in Agat, Guam, where she had lived with her significant other. The home was found vacant with a "For Rent" sign posted. Various inquiries with family members and the community led to Ms. Meno's current residence on a boat in the Agat Marina. On August 11, 1008, when confronted with the change of residence, Ms. Meno stated that she moved to the boat with her new boyfriend on August 3, 2008, and stated that she was not aware she had to report her new address. She was also confronted about her failure to submit monthly supervision reports for the months of April, May, June and July 2008. She stated that she had a difficult time securing transportation, even when reminded that she was informed that she could mail her reports to the office.

Ms. Meno's compliance with her conditions of probation has been marginal. She was referred for both substance abuse and mental health treatment. Focus of treatment concentrated on her post traumatic stress disorder diagnosis to include psychotropic medication as part of the treatment plan. Services were eventually terminated as it was determined by the treatment provider that Ms. Meno's needs went beyond services provided on an out-patient basis and required residential treatment. A residential treatment facility was identified and Ms. Meno qualified for their services. On February 27, 2007, during a Continued Initial Appearance and Order To Show Cause Why Supervised Release Conditions Should Not Be Revoked hearing before the Magistrate Judge, Ms. Meno admitted to the violations in the petition and agreed to participate in a residential treatment program. The Court instructed Ms. Meno to participate in residential treatment which she failed to do. On March 15, 2007, a Supplemental Violation Report was submitted alleging that during an unscheduled home visit, Ms. Meno was seen by two probation officers consuming beer.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2) as outlined above. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Ms. Meno's consent.

| Reviewed by: | Respectfully submitted, |
|---|---|
| /s/ ROSSANNA VILLAGOMEZ-AGUON<br>Chief U.S. Probation Officer | /s/ CARMEN D. O'MALLAN<br>U.S. Probation Officer Specialist |
| Date: July 20, 2008 | Date: July 20, 2008 |

**THE COURT ORDERS**

☐ No Action

☐ The Extension of Supervision as Noted Above.

☐ The Modification of Conditions as Noted Above.

☐ Other

PROB 49
(3/89)

# United States District Court

for

District of Guam

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. To perform 50 hours of community service as a sanction for violating standard conditions of probation.

Witness: _____  Signed: _____
CARMEN D. O'MALLAN                    ROSARIO R. P. MENO
U.S. Probation Officer                Probationer or Supervised Releasee

August 11, 2008
Date